IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARLON LANDIZA, | ) | CV 22-00380 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| vs. | ) | AND RECOMMENDATION TO |
| | ) | REMAND ACTION |
| KARIN L. HOLMA, STATE OF | ) | |
| HAWAII, RENEE M. FURUTA- | ) | |
| BARNUM, NELSON & | ) | |
| KENNARD, ATTORNEYS AT | ) | |
| LAW, ONEMAIN FINANCIAL (HI) | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION
TO REMAND ACTION

Findings and Recommendation having been filed and served on all parties on October 20, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Remand Action", ECF No. 6 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: November 8, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge